Bonjean Law Group, PLLC
1000 Dean St., Ste. 422
Brooklyn, New York 11238
Tel: (718) 875-1850
Fax: (718) 230-0582
jennifer@bonjeanlaw.com

Attorney for Plaintiff

---

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

---

ANTHONY MOORE,

    Plaintiff,

v.

14-CV-05092 (JS)

CITY OF ATLANTIC CITY, ET AL.

    Defendants.

---

## STIPULATION

The parties in the above-captioned matter hereby stipulate that discovery produced by the City of Atlantic City in the following civil actions are deemed produced in this litigation:

*Costantino v. City of Atlantic City, et al.* 13-CV-06667

*Adams v. City of Atlantic City, et al.* 13-CV-07133

*Castellani v. City of Atlantic City, et al.* 13-CV-05848

The Parties further agree that all 30(b)(6) deposition testimony taken in the foregoing matters may be relied in this matter.

DATE: 9/20/16

JENNIFER BONJEAN

DATE: 9/13/16

MORRISON K. FAIRBAIRN

DATE: 9/20/2016

~~SHARLENN PRATT~~
ZACHARY A. Silverstein

So Ordered this 21st day
of September, 2016
JOEL SCHNEIDER, USMJ