UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:  CAMDEN                                       March 23, 2018

**JUDGE JEROME B. SIMANDLE**

Court Reporter:  NONE

Title of Case:                                        Docket #  Civil 14-5092(JBS/JS)
MOORE
  VS
CITY OF ATLANTIC CITY, ET AL

Appearances:
Jennifer Bonjean, Esq. for plaintiff
Steven Glickman, Esq. for deft. Sydnor
Morrison Fairbairn, Essq. for deft. City of Atlantic City


Nature of Proceedings:     TRIAL LOGISTIC/SETTLEMENT CONFERENCE

Ordered trial rescheduled from April 9, 2018 to May 14, 2018 at 9:00 am.



Time Commenced 10:00 am Time Adjourned  1:00 pm Total Time: 3 Hourt

                                        s/ *Marnie Maccariella*
                                        **DEPUTY CLERK**


cc:  Chambers